AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another Distric

# UNITED STATES DIST

for the

Western District of North Carolina

| | |
|---|---|
| Matthew E. Orso | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:14-cv-00091-GCM |
| Todd Disner, et al. | ) |
| *Defendant* | ) |

2:21-ms-156

[Stamp:]
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 18 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  08/14/2017  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  07/01/2021

CLERK OF COURT

*[signature: Frank S. Johns]*

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

        OCT 18 2021

  CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,

    Plaintiff,

vs.

TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust, et al.

    Defendants.

Civil Action No. 3:14-cv-91

2:21-ms-156

## ORDER

This matter comes before the Court on the Successor Receiver's Motion to Amend Case Caption filed by Matthew E. Orso, in his capacity as court-appointed Successor Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com.

For good cause shown, the Motion is GRANTED and the case caption shall amended to reflect the Plaintiff in the above-captioned matter as Matthew E. Orso, in his capacity as court-appointed Successor Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com.

SO ORDERED.

Signed: June 11, 2019

*[signature: Graham C. Mullen]*

Graham C. Mullen
United States District Judge